MORGAN, LEWIS & BOCKIUS LLP
Michael D. Weil, Bar No. 209056
michael.weil@morganlewis.com
One Market
Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Jennifer Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Anahi Cruz, Bar No. 324326
anahi.cruz@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Defendants,
ANTHEM, INC., AIM SPECIALTY HEALTH,
ANTHEM BLUE CROSS LIFE AND HEALTH
INSURANCE, and BLUE CROSS OF
CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LURES, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ANTHEM, INC.; AIM SPECIALTY HEALTH; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02048-SVW-AS<br><br>**DEFENDANT ANTHEM, INC'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>[C.D. Cal. L.R. 83-1.4] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ANTHEM, INC.'S NOTICE OF PENDENCY
OF OTHER ACTION

1  **TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL**

2  **DISTRICT OF CALIFORNIA AND TO PLAINTIFFS AND THEIR**

3  **ATTORNEYS OF RECORD:**

4        **PLEASE TAKE NOTICE** that, pursuant to Central District of California

5  Civil Local Rule 83-1.4.1, Defendant Anthem, Inc. (n.k.a. Elevance Health, Inc.)

6  hereby submits that the present action involves all or a material part of the subject

7  matter of the following action pending in the United States District Court for the

8  Northern District of California:

9      a) *Kikishia Burrus, on behalf of herself and all others similarly situated, and*

10        *the general public, v. The Anthem Companies, Inc., an Indiana*

11        *corporation; Elevance Health, Inc., an Indiana corporation; and Does 1*

12        *through 50, inclusive*, U.S.D.C. Northern District of California, Case No.

13        3:22-cv-05297-WHO

14     b) United States District Court for the Northern District of California

15     c) Plaintiff Kikishia Burrus and Defendants The Elevance Health

16        Companies, Inc. (f.k.a. The Anthem Companies, Inc.) and Elevance

17        Health, Inc.

18     d) Counsel for Plaintiff:
       Setareh Law Group
19        Shaun Setareh, Jose Maria D. Patino, Jr., and Maxim Gorbunov
20        9665 Wilshire Blvd., Suite 430
       Beverly Hills, California 90212
21        Tel: 310.888.7771

22        Counsel for Defendant:
23        Morgan Lewis & Bockius LLP
       Michael D. Weil
24        One Market
25        Spear Street Tower
       San Francisco, CA  94105
26        Tel: 415.442.1000

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ANTHEM, INC.'S NOTICE OF PENDENCY
OF OTHER ACTION

1  Morgan Lewis & Bockius LLP
2  Jennifer B. Zargarof
   Anahi Cruz
3  300 South Grand Avenue, 22nd Floor
4  Los Angeles, California 90071
   Tel: 213.612.2500
5

6      The federal court action identified above was filed by Kikishia Burrus

7  against Elevance Health, Inc., one of the named defendants to the present action,

8  and alleges various violations of the California Labor Code and California's Unfair

9  Competition Law on behalf of a putative class of current and former non-exempt

10 employees in California.  The Burrus action seeks to recover damages on behalf of

11 a putative class of indivduals who are also alleged members of the putative class in

12 the present action, for the same alleged Labor Code violations and based on the

13 same factual allegations alleged in present action.  The Burrus and the present

14 action both allege violations of Labor Code §§ 201, 202, 203, 204, 221, 222, 223,

15 226(a), 226.7, 512, and 2802 and Business & Professions Code §§ 17200, *et seq*.

16 Dated:      October 4, 2022               MORGAN, LEWIS & BOCKIUS LLP

17

18                                          By  */s/ Michael D. Weil*
19                                              Michael D. Weil
                                                Jennifer B. Zargarof
20                                              Anahi Cruz
                                                Attorneys for Defendants
21                                              ANTHEM, INC., AIM SPECIALTY
                                                HEALTH, ANTHEM BLUE
22                                              CROSS LIFE AND HEALTH
                                                INSURANCE, and BLUE CROSS
23                                              OF CALIFORNIA

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ANTHEM, INC.'S NOTICE OF PENDENCY
OF OTHER ACTION