# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LURES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM, INC.; AIM SPECIALTY HEALTH; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY; BLUE CROSS OF CALIFORNIA and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02048-SVW-AS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

## ORDER

Having reviewed the Parties' Stipulation for Dismissal with Prejudice as to Plaintiff's Individual Claims and Without Prejudice as to the Class Claims Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and for good cause appearing, IT IS ORDERED THAT:

1. This action is dismissed in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.
2. Each Party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 02/19/2025

Honorable Stephen V. Wilson
UNITED STATES DISTRICT JUDGE